UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LYNN VITELLO ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:23-CV-196-FL |
| SIMEON RAMSDEN, KIPLING VENTURES ) | |
| HOLDING CO, LLC, KIPLING VENTURES, ) | |
| LLC, KIPLING RESERVE, LLC, RESERVE ) | |
| OWNERSHIP GROUP, LLC, KEOWEE RIVER ) | |
| CLUB, LLC, and KRC GOLF GROUP, LLC ) | |
|        Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of plaintiff's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 27, 2023, more particularly described therein, that the captioned action be and hereby is remanded to Wake County Superior Court.

**This Judgment Filed and Entered on September 27, 2023, and Copies To:**
Edward Hallett Maginnis / Karly Stephen Gwaltney (via CM/ECF Notice of Electronic Notification)
Benjamin Paul Fryer / Evan Randall Dancy / Lucy M. Anderson (via CM/ECF Notice of Electronic Notification)
The Honorable Frank Williams (via U.S. Mail at Wake County Clerk of Superior Court, P. O. Box 351, Raleigh NC 27602)

September 27, 2023         PETER A. MOORE, JR., CLERK

                                   By  /s/ Sandra K. Collins
                                   Sandra K. Collins
                                   Deputy Clerk